TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00448-CV

Anchor Operating Company and Stable Energy, L.P., Appellants

v.

WCS Oil & Gas Corporation, Appellee

FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT

NO. 2000V-040, HONORABLE FRED A. MOORE, JUDGE PRESIDING

PER CURIAM

 Because appellants have failed to file a brief, we will dismiss the appeal for want
of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on August 14, 2000. 
Accordingly, appellants' brief was due on September 5, 2000. 

 By letter dated September 20, 2000, the Clerk of this Court notified the parties that
the appeal was subject to dismissal for want of prosecution unless appellants filed a brief by
October 2, 2000, or tendered a motion for extension of time reasonably explaining the failure to
do so. Thus far, appellants have submitted neither a brief nor a motion for extension of time to
file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed for Want of Prosecution

Filed: October 26, 2000

Do Not Publish